resented by Joyce R. Branda, Robert E. Kirschman, Jr., Franklin E. White, Jr.

LOURIE, DYK, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

Bhattacharyya, Vincent J. Matanoski, Voris E. Johnson, Jr.

PROST, Chief Judge, REYNA and CHEN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

**Amy CRUTCHFIELD, Petitioner–Appellant**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 2015–5010.

United States Court of Appeals, Federal Circuit.

June 11, 2015.

John Francis McHugh, Law Office of John McHugh, New York, NY, argued for petitioner-appellant.

Michael Patrick Milmoe, Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Rupa